**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**DEWAYNE D. KNIGHT,**

Plaintiff,

**v.** **Case No. 26-CV-1662**

**TODD BLANCHE, et al.,**

Defendants.

---

**ORDER**

---

DeWayne D. Knight, a prisoner who is currently representing himself, brings a civil action under 42 U.S.C. § 1983. Knight has also filed a motion for leave to proceed without prepaying the full filing fee, or to proceed *in forma pauperis*. (ECF No. 7.) The cost of filing a civil action in federal court is $405.00, which includes the $350.00 statutory filing fee and a $55.00 administrative fee. The $55.00 administrative fee does not apply to persons granted *in forma pauperis* status. The Prison Litigation Reform Act (PLRA) requires prisoner plaintiffs proceeding without prepayment of the filing fee to pay the $350.00 statutory filing fee over time. *See* 28 U.S.C. § 1915(b)(1).

Under the PLRA, the court must assess an initial partial filing fee of twenty percent of the average monthly deposits to a plaintiff's account or average monthly balance in a plaintiff's prison account for the six-month period immediately preceding

the filing of the complaint, whichever is greater. *Id*. After the initial partial filing fee is paid, a plaintiff must make monthly payments of twenty percent of the preceding month's income until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fees are paid. *Id.* The amount of the filing fee can be recovered as part of the costs of the action in the event a plaintiff ultimately prevails.

Knight filed a certified copy of his prisoner trust account statement for the six-month period immediately preceding the filing of the complaint. A review of this information reveals that, during this period, the average monthly deposit in the plaintiff's prison account was $6.97 and the average monthly balance to the account was $4,657.52. Thus, in accordance with the provisions of 28 U.S.C. § 1915(b)(1), Knight would be required to pay an initial partial filing fee of $931.50. This amount exceeds the $350.00 statutory filing fee. Because the statutory formula requires that Knight pay an initial partial filing fee that exceeds the $350.00 statutory filing fee, the court will deny Knight's motion for leave to proceed without prepaying the filing fee. As explained below, the court will order Knight to pay the $405.00 filing fee, or explain why he cannot do so, within 21 days of the date of this order.

The PLRA also provides that, if a prisoner files three or more actions or appeals which are dismissed as frivolous, malicious, or for failure to state a claim upon which

relief can be granted, a plaintiff will be prohibited from bringing any other actions *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). In the event this action is later dismissed for any of the above reasons, it may have an impact on Knight's ability to bring other actions *in forma pauperis*. The court will not screen the complaint until the plaintiff pays the initial partial filing fee. Accordingly, Knight will be afforded an opportunity to voluntarily dismiss this action to avoid incurring a "strike" under § 1915(g).

**Notice to Plaintiff.** If you do not wish to proceed with this action to avoid incurring a "strike" under § 1915(g) or do not wish to pay the filing fee as set forth in this Order, you must notify the court by filing a letter with the Clerk of Court **on or before October 16, 2026**. If you write such a letter, this case will be dismissed without prejudice. Voluntary dismissal will not be counted as a "strike" under § 1915(g).

If Knight proceeds, he is advised that the complaint will be screened, and even if it is immediately dismissed because it fails to state a claim upon which relief can be granted or for any other reason, the court will not refund his filing fee.

**IT IS THEREFORE ORDERED** that Knight's motion for leave to proceed without prepaying the filing fee (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff must pay the $405.00 filing fee **on or before October 16, 2026.** If the plaintiff is not able to pay the $405.00

filing fee from his regular trust account, he must advise the court in writing why he is not able to do so and if he thinks there is good cause to for the court to order payment of the $405.00 filing fee from his release account.

**IT IS FURTHER ORDERED** that if Knight fails to pay the $405.00 filing fee or show cause for failure to do so, this case may be dismissed without prejudice.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the officer in charge of the agency where the inmate is confined.

Dated at Milwaukee, Wisconsin this 28th day of September, 2026.

BY THE COURT

William E. Duffin

WILLIAM E. DUFFIN
United States Magistrate Judge